# IN THE SUPREME COURT OF THE STATE OF NEVADA

MONIQUE EPPERSON,
Appellant,
vs.
ANTONIO VELASCO, III,
Respondent.

No. 76243

**FILED**

AUG 03 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal. Eighth Judicial District Court, Clark County; Mathew Harter, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, appellant fails to identify any appealable order. The notice of appeal lists an October 4, 2016 order "and any order thereafter." However, the district court docket entries do not include an order from October 4, 2016. There is an order entered October 14, 2016, apparently resolving a motion for reconsideration, which is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). Further, any appeal from an order entered in 2016 is untimely. We note that on June 6, 2018, the court entered a written order from a January 10, 2018, hearing to modify custody, and the notice of appeal is timely from that order. However, the order only transfers the case to a different district court judge based on a potential conflict arising from the court's law clerk having

18-29790

previously worked with appellant's former attorney. Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

cc:   Hon. Mathew Harter, District Judge
      Monique Epperson
      Antonio Velasco, III
      Eighth District Court Clerk